# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| | (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 07-mj-07041 |
| | David Koppa |
| KEITH RICHARDS | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 and 2 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 18 U.S.C. § 13; C.R.S. § 42-4-1301(1)(b): and 18 U.S.C. § 13;C.R.S. § 42-2-138(a) | Driving While Ability Impaired; Driving Under Restraint | On or About August 17, 2007 | 1; 2 |

Defendant is sentenced to 60 days incarceration with 15 days suspended; 45 days in jail total. Defendant to self-surrender to Marshal's office by March 17, 2008. Sentenced to 1 year supervised release after incarceration. Must report to the Probation Office right after release from incarceration. Defendant may not use or possess any controlled substances during supervised release. Must participate in a program of testing and treatment for alcohol and drug abuse as directed by probation officer. Must complete 48 hours of community service with 2 hours of the 48 to be served with MADD.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
| --- | --- | --- |
| **Total: $635** | $35 | $600 |

February 6, 2008
Date of Imposition of Judgment

s/ Michael E. Hegarty
Signature of Judicial Officer

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

February 12, 2008
Date